# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| 351 SAM RAYBURN TOLLWAY LLC, § | |
| § | |
| *Plaintiff,* § | Civil Action No. 4:25-cv-00023 |
| v. § | Judge Mazzant/Judge Davis |
| § | |
| JAYCEN HURST and JILLIAN HURST, § | |
| § | |
| *Defendants.* § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 15, 2025, the Magistrate Judge entered a Report and Recommendation (Dkt. #6) that the case be remanded. On February 11, 2025, Plaintiffs filed Objections (Dkt. #9) to the Report.

The Court has conducted a *de novo* review of the Objections and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the Objections are without merit as to the ultimate findings of the Magistrate Judge. Accordingly, the Objections (Dkt. #9) are **OVERRULED** and the Magistrate Judge's Report is **ADOPTED** as the findings and conclusions of the Court.

It is therefore **ORDERED** that the case is **REMANDED** to the Justice Court of Denton County, Texas, Precinct 3.

**IT IS SO ORDERED.**
**SIGNED** this 10th day of March, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE