United States District Court
==============================

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| 351 SAM RAYBURN TOLLWAY LLC, | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 4:25-cv-00023 |
| v. | § | Judge Mazzant/Judge Davis |
| | § | |
| JAYCEN HURST, *et al.*, | § | |
| | § | |
| *Defendants.* | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 28, 2025, the Magistrate Judge entered a Report and Recommendation (Dkt. #18) that Defendants Jaycen Hurst's and Jillian Hurst's Motion for Reconsideration (Dkt. #15) be denied.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendants Jaycen Hurst's and Jillian Hurst's Motion for Reconsideration (Dkt. #15) is hereby **DENIED**.

It is **FURTHER ORDERED** that the case is **REMANDED** to the Justice Court of Denton County, Texas, Precinct 3.

**IT IS SO ORDERED**.

SIGNED this 13th day of June, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE